# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00471-CV

**Heyl Homes, Inc., Appellant**

**v.**

**Frank Richard Call, Carol Call, and National Surety Corporation as Subrogee of Frank Richard Call and Carol Call, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-15-004778, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Heyl Homes, Inc., has filed an unopposed motion to dismiss this appeal, indicating that the parties have settled the underlying dispute.  We grant the motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:   September 16, 2016

_____

[1]  *See* Tex. R. App. P. 42.1(a)(1).